| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Essar Steel Algoma Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Essar Steel Canada Inc., Algoma Steel Inc., Aciers Algoma Inc., Algoma Acquisition Corp. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>132470642 (Canadian Tax I.D. Number) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>105 West Street<br>Sault Ste. Marie, Ontario<br>P6A 7B4 Canada<br>ZIP CODE **P6A 7B4** | Street Address of Joint Debtor (No. and Street, City, and State): N/A<br>ZIP CODE N/A |
| County of Residence or of the Principal Place of Business: **Algoma District, Ontario, Canada** | County of Residence or of the Principal Place of Business: N/A |
| Mailing Address of Debtor (if different from street address): N/A<br>ZIP CODE N/A | Mailing Address of Joint Debtor (if different from street address): N/A<br>ZIP CODE N/A |
| Location of Principal Assets of Business Debtor (if different from street address above): N/A<br>ZIP CODE N/A | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below). | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other **Steel Manufacturer** | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☒ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests: **Canada**<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: **Canada** | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☒ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors (on a consolidated basis with the entities listed on Schedule 1 hereto)

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1000-5,000 | ☐ 5,001-10,000 | ☒ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets (on a consolidated basis with the entities listed on Schedule 1 hereto)

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☒ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities (on a consolidated basis with the entities listed on Schedule 1 hereto)

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☒ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Essar Steel Algoma Inc.** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **District of Delaware** | Case Number: **14-11730-BLS** | Date Filed: **07/16/2014** |
|---|---|---|
| Location Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attached Schedule 1** | Case Number: **Pending** | Date Filed: **November 9, 2015** |
|---|---|---|
| District: **District of Delaware** | Relationship: **Affiliate** | Judge: **Pending** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11).<br><br>**NOT APPLICABLE**<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>**NOT APPLICABLE**<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D – NOT APPLICABLE

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor Venue
(Check any applicable box).

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☒ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property – NOT APPLICABLE
(Check all applicable boxes).

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord than obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): Essar Steel Algoma Inc. |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☒ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X  */s/ J. Robert Sandoval*<br>(Signature of Foreign Representative)<br><br>J. Robert Sandoval, General Counsel<br>(Printed Name of Foreign Representative)<br><br>November 9, 2015<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X  *[signature]*<br>Signature of Attorneys for Debtor(s)<br><br>Daniel J. DeFranceschi        Ray C. Schrock, P.C<br>Printed Name of Attorneys for Debtor(s)<br><br>Richards, Layton & Finger, P.A.    Weil, Gotshal & Manges LLP<br>Firm Names<br><br>One Rodney Square, 920 North King Street,    767 Fifth Avenue<br>Wilmington, DE 19801                New York, NY 10153<br>Addresses<br><br>(302) 651-7700                (212) 310-8000<br>Telephone Numbers<br><br>November 9, 2015<br>Date<br><br>* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Name and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) |
|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date |

## Schedule 1

Pending Bankruptcy Cases Filed by the
Debtor and Affiliates of the Debtor in a Foreign Proceeding

On the date hereof, each of the entities listed below filed a voluntary petition for relief under chapter 15 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). A motion will be filed with the Court requesting that the chapter 15 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| DEBTOR | CASE NUMBER | DATE FILED | DISTRICT | JUDGE |
|---|---|---|---|---|
| Cannelton Iron Ore Company | 15-_____ ( ) | November 9, 2015 | Delaware | Pending |
| Essar Steel Algoma (Alberta) ULC | 15-_____ ( ) | November 9, 2015 | Delaware | Pending |
| Essar Steel Algoma Inc. | 15-_____ ( ) | November 9, 2015 | Delaware | Pending |
| Essar Steel Algoma Inc. USA | 15-_____ ( ) | November 9, 2015 | Delaware | Pending |
| Essar Tech Algoma Inc. | 15-_____ ( ) | November 9, 2015 | Delaware | Pending |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
:
*In re:*                                                         :    Chapter 15
                                                                 :
ESSAR STEEL ALGOMA INC.,                                         :    Case No. 15– _____ (      )
                                                                 :
                                                                 :
          Debtor in a foreign proceeding.                        :
                                                                 :
---------------------------------------------------------------- x

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO
### FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Essar Steel Algoma Inc. respectfully represents that the following are corporations, other than governmental units, that directly or indirectly own 10% or more of any class of its equity:

1. 75.41% of Essar Steel Algoma Inc.'s common equity, and 100% of Essar Steel Algoma Inc.'s preferred equity, is directly owned by Algoma Holdings B.V.

   - 100% of Algoma Holdings B.V.'s common equity is directly owned by Algoma Holdings Coöperatief U.A.

   - 99.99% of Algoma Holdings Coöperatief U.A.'s common equity is directly owned by Essar Steel Ltd.

   - 100% of Essar Steel Ltd.'s common equity is directly owned by Essar Global Fund Limited.

2. 24.59% of Essar Steel Algoma Inc.'s common equity is directly owned by Essar Tech Algoma Inc.

- 100% of Essar Tech Algoma Inc.'s common equity is directly owned by Essar Tech (Canada) Limited.

- 100% of Essar Tech (Canada) Limited's common equity is directly owned by Essar North America Holdings Coöperatief U.A.

- 99.99% of Essar North America Holdings Coöperatief U.A.'s common equity is directly owned by Essar North America Holdings Ltd.

- 100% of Essar North America Holdings Ltd.'s common equity is directly owned by Essar Global Fund Limited.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
                                                                 :
*In re:*                                                         :    **Chapter 15**
                                                                 :
**ESSAR STEEL ALGOMA INC.,**                                     :    Case No. 15-_____ (    )
                                                                 :
                                                                 :
       Debtor in a foreign proceeding.                           :
                                                                 :
---------------------------------------------------------------- x

## FOREIGN REPRESENTATIVE'S STATEMENT
## REGARDING KNOWN FOREIGN PROCEEDINGS

I, J. Robert Sandoval, pursuant to 28 U.S.C. §1746, hereby declare under penalty of perjury under the laws of the United States as follows:

1.    I am the General Counsel of Essar Steel Algoma Inc. ("**Algoma Canada**"), the authorized foreign representative (the "**Foreign Representative**") of the above-captioned debtor (collectively with Essar Steel Algoma Inc. USA, Essar Steel Algoma (Alberta) ULC, Essar Tech Algoma Inc., and Cannelton Iron Ore Company, "**Algoma**" or the "**Debtors**"), who has filed an application in a foreign proceeding (the "**CCAA Proceeding**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "**CCAA**") pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**").

2.    I respectfully submit this statement, as required under section 1515(c) of title 11 of the United States Code (the "**Bankruptcy Code**"), in support of the verified chapter 15 petitions filed by the Foreign Representative seeking recognition by the Court of the CCAA Proceeding as a foreign main proceeding.

3.   Pursuant to the requirements of section 1515(c) of the Bankruptcy Code, to my knowledge, the CCAA Proceeding is the only insolvency proceeding of any kind pending with respect to Algoma and, thus, is the only known "foreign proceeding" with respect to Algoma, as that term is defined in section 101(23) of the Bankruptcy Code. The following entities are subject to the CCAA Proceeding and the relevant court file number is Cv-15-000011169-00CL:

      a)  Essar Steel Algoma Inc.

      b)  Essar Steel Algoma Inc. USA

      c)  Essar Steel Algoma (Alberta) ULC

      d)  Essar Tech Algoma Inc.

      e)  Cannelton Iron Ore Company

4.   I declare under penalty of perjury under the laws of the United States of America that, based upon my knowledge, information and belief as set forth herein, the foregoing is true and correct.

Dated: November 9, 2015                                     Respectfully submitted,

 

                                                       */s/ J. Robert Sandoval*
                                                      Essar Steel Algoma Inc.
                                                      Foreign Representative of Algoma
                                                      By:   J. Robert Sandoval
                                                      Title: General Counsel

## VERIFICATION OF CHAPTER 15 PETITION

Pursuant to 28 U.S.C. §1746, J. Robert Sandoval declares as follows:

I am the General Counsel of Essar Steel Algoma Inc., which was appointed by the Ontario Superior Court of Justice (Commercial List) as the foreign representative of Cannelton Iron Ore Company, Essar Steel Algoma Inc., Essar Steel Algoma Inc. USA, Essar Steel Algoma (Alberta) ULC and Essar Tech Algoma Inc. (collectively, "**Algoma**"). I have full authority to verify the foregoing chapter 15 petition for recognition of a foreign main proceeding, including each of the attachments and appendices thereto, and I am informed and believe that the allegations contained therein are true and accurate to the best of my knowledge, information and belief. A true and accurate copy of the Initial Order entered on November 9, 2015 by the Ontario Superior Court of Justice (Commercial List) is attached as **Exhibit A** to the *Declaration of J. Robert Sandoval in Support of (I) Verified Chapter 15 Petitions and (II) Foreign Representative's Motion for Orders Granting Provisional and Final Relief in Aid of Foreign Proceeding, and (III) Certain Related Relief*, filed contemporaneously herewith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of November, 2015

/s/ *J. Robert Sandoval*
Essar Steel Algoma Inc.
Foreign Representative of Algoma
By:    J. Robert Sandoval
Title:    General Counsel