IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                                :

*In re:*                                             :          Chapter 15

**ESSAR STEEL ALGOMA INC.,** *et al.,*[1]     :          Case No. 15– 12271 (BLS)

                 Debtors.                       :          (Joint Administration Requested)

------------------------------------------------------------ x

**AGENDA FOR FIRST DAY HEARING
AND INDEX OF FIRST DAY PLEADINGS**

A.     Voluntary Petitions

    1.    Voluntary Petition of Essar Steel Algoma Inc. USA [Docket No. 1 - filed November 9, 2015]

    2.    Voluntary Petition of Essar Steel Algoma Inc. [Docket No. 1 - filed November 9, 2015]

    3.    Voluntary Petition of Essar Steel Algoma (Alberta) ULC [Docket No. 1 - filed November 9, 2015]

    4.    Voluntary Petition of Essar Tech Algoma Inc. [Docket No. 1 - filed November 9, 2015]

    5.    Voluntary Petition of Cannelton Iron Ore Company [Docket No. 1 - filed November 9, 2015]

B.     First Day Declarations

    6.    Declaration of J. Robert Sandoval in Support of (I) Verified Chapter 15 Petitions; (II) Foreign Representative's Motion for Orders Granting Provisional and Final Relief in Aid of Foreign Main Proceeding; and (III) Certain Related Relief [Docket No. 6 - filed November 9, 2015]

---

[1] The Debtors in these chapter 15 cases and the last four digits of each Debtor's United States Tax Identification Number, Canadian Business Number, or Provincial Corporation Number, as applicable, are as follows: Essar Steel Algoma Inc. (0642), Essar Steel Algoma Inc. USA (8788), Essar Steel Algoma (Alberta) ULC (6883), Essar Tech Algoma Inc. (8811), and Cannelton Iron Ore Company (9965). The Debtors' principal offices are located at 105 West Street, Sault Ste. Marie, Ontario P6A 7B4, Canada.

7. Declaration of John Ciardullo in Support of Verified Chapter 15 Petitions and Motion of Foreign Representative for Entry of Provisional and Final Orders Granting Recognition of Foreign Main Proceeding [Docket No. 7 - filed November 9, 2015]

C. First Day Motions

8. Motion of Foreign Representative for Entry of Order Authorizing Joint Administration of Debtors' Chapter 15 Cases Pursuant to Bankruptcy Rule 1015(b) [Docket No. 2 - filed November 9, 2015]

9. Motion of Foreign Representative for Entry of Provisional and Final Orders Granting Recognition of Foreign Main Proceeding and Certain Related Relief Pursuant to Sections 362, 364(e), 365, 1517, 1519, 1520, 1521, and 105(a) of Bankruptcy Code [Docket No. 8 - filed November 9, 2015]

10. Motion of Foreign Representative for Entry of Order Scheduling Hearing and Specifying Form and Manner of Service of Notice Pursuant to Sections 1515 and 105(a) of Bankruptcy Code and Bankruptcy Rules 2002 and 9007 [Docket No. 3 - filed November 9, 2015]

11. Motion of Foreign Representative for Entry of Order Authorizing Filing of a Consolidated List of Foreign Proceeding Administrators, Litigation Parties, and Entities Against Whom Provisional Relief Is Sought Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1007(a)(4) [Docket No. 4 - filed November 9, 2015]

D. Memorandum of Law

12. Memorandum of Law of Foreign Representative in Support of (I) Verified Chapter 15 Petitions and (II) Motion of Foreign Representative for Orders Granting Provisional and Final Relief in Aid of Foreign Main Proceeding [Docket No. 9 - filed November 9, 2015]

Dated: November 9, 2015
      Wilmington, Delaware

                                                  */s/ Amanda R. Steele*
                                                  RICHARDS, LAYTON & FINGER, P.A.

                                                  Mark D. Collins (No. 2981)
                                                  Daniel J. DeFranceschi (No. 2732)
                                                  Amanda R. Steele (No. 5530)
                                                  One Rodney Square
                                                  920 North King Street
                                                  Wilmington, Delaware  19801
                                                  Telephone:   (302) 651-7700
                                                  Facsimile:    (302) 651-7701
                                                  Email:        collins@rlf.com
                                                  Email:        defranceschi@rlf.com
                                                  Email:        steele@rlf.com

                                                  -and-

                                                  WEIL, GOTSHAL & MANGES LLP

                                                  Ray C. Schrock, P.C. (*pro hac vice* pending)
                                                  Matthew S. Barr (*pro hac vice* pending)
                                                  767 Fifth Avenue
                                                  New York, New York  10153
                                                  Telephone:   (212) 310-8000
                                                  Facsimile:    (212) 310-8007
                                                  Email:        ray.schrock@weil.com
                                                  Email:        matt.barr@weil.com

                                                  *Attorneys for the Foreign Representative*