# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- x
: 
*In re:* : Chapter 15
: 
**ESSAR STEEL ALGOMA INC.,** *et al.,*[1] : Case No. 15–12271 (BLS)
: 
: 
**Debtors.** : (Joint Administration Requested)
: 
----------------------------------------------------------- x

## NOTICE OF HEARING TO CONSIDER FIRST DAY PLEADINGS

**PLEASE TAKE NOTICE** that, on November 9, 2015, Essar Steel Algoma Inc. ("**Algoma Canada**"), in its capacity as the foreign representative (the "**Foreign Representative**") of the above-captioned debtors (collectively, "**Algoma**" or the "**Debtors**"), who have filed an application in a foreign proceeding (the "**CCAA Proceeding**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "**CCAA**") pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), filed petitions for recognition of a foreign main proceeding under chapter 15 of title 11 of the United States Code with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative will present the following pleadings (the "**First Day Pleadings**") at a hearing (the "**Hearing**") on **November 10, 2015 at 1:00 p.m. (EST)** at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801, before The Honorable Brendan L. Shannon:

---

[1] The Debtors in these chapter 15 cases and the last four digits of each Debtor's United States Tax Identification Number, Canadian Business Number, or Provincial Corporation Number, as applicable, are as follows: Essar Steel Algoma Inc. (0642), Essar Steel Algoma Inc. USA (8788), Essar Steel Algoma (Alberta) ULC (6883), Essar Tech Algoma Inc. (8811), and Cannelton Iron Ore Company (9965). The Debtors' principal offices are located at 105 West Street, Sault Ste. Marie, Ontario P6A 7B4, Canada.

A.    <u>First Day Declarations</u>

1. Declaration of J. Robert Sandoval in Support of (I) Verified Chapter 15 Petitions; (II) Foreign Representative's Motion for Orders Granting Provisional and Final Relief in Aid of Foreign Main Proceeding; and (III) Certain Related Relief [Docket No. 6 - filed November 9, 2015]

2. Declaration of John Ciardullo in Support of Verified Chapter 15 Petitions and Motion of Foreign Representative for Entry of Provisional and Final Orders Granting Recognition of Foreign Main Proceeding [Docket No. 7 - filed November 9, 2015]

B.    <u>First Day Motions</u>

3. Motion of Foreign Representative for Entry of Order Authorizing Joint Administration of Debtors' Chapter 15 Cases Pursuant to Bankruptcy Rule 1015(b) [Docket No. 2 - filed November 9, 2015]

4. Motion of Foreign Representative for Entry of Provisional and Final Orders Granting Recognition of Foreign Main Proceeding and Certain Related Relief Pursuant to Sections 362, 364(e), 365, 1517, 1519, 1520, 1521, and 105(a) of Bankruptcy Code [Docket No. 8 - filed November 9, 2015]

5. Motion of Foreign Representative for Entry of Order Scheduling Hearing and Specifying Form and Manner of Service of Notice Pursuant to Sections 1515 and 105(a) of Bankruptcy Code and Bankruptcy Rules 2002 and 9007 [Docket No. 3 - filed November 9, 2015]

6. Motion of Foreign Representative for Entry of Order Authorizing Filing of a Consolidated List of Foreign Proceeding Administrators, Litigation Parties, and Entities Against Whom Provisional Relief Is Sought Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1007(a)(4) [Docket No. 4 - filed November 9, 2015]

C.    <u>Memorandum of Law</u>

7. Memorandum of Law of Foreign Representative in Support of (I) Verified Chapter 15 Petitions and (II) Motion of Foreign Representative for Orders Granting Provisional and Final Relief in Aid of Foreign Main Proceeding [Docket No. 9 - filed November 9, 2015]

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings referenced above are currently available on the Bankruptcy Court's website: www.deb.uscourts.gov for a fee or http://cases.primeclerk.com/essarsteel.  All parties wishing to participate in the Hearing

telephonically must make arrangements with Court Call ((888) 882-6878; www.courtcall.com) prior to the Hearing.

Dated: November 9, 2015
      Wilmington, Delaware

                                          */s/ Amanda R. Steele*
                                          RICHARDS, LAYTON & FINGER, P.A.

Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Amanda R. Steele (No. 5530)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
Email: defranceschi@rlf.com
Email: steele@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP

Ray C. Schrock, P.C. (*pro hac vice* pending)
Matthew S. Barr (*pro hac vice* pending)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: ray.schrock@weil.com
Email: matt.barr@weil.com

*Attorneys for the Foreign Representative*