**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| ESSAR STEEL ALGOMA INC., *et al*, | Case No. 15-12271 (BLS) |
| Debtors in a foreign proceeding. | (Joint Administration Pending) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

      **PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances as counsel to the Ad Hoc Committee of 9.50% Senior Secured Noteholders pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in these chapter 15 cases (collectively, the "Chapter 15 Cases"), and all papers served or required to be served in the Chapter 15 Cases, be given and served upon:

| | |
|---|---|
| Alan W. Kornberg, Esq. | Pauline K. Morgan, Esq. |
| Brian S. Hermann, Esq. | Maris J. Kandestin, Esq. |
| Catherine L. Goodall, Esq. | Young Conaway Stargatt & Taylor, LLP |
| Kellie A. Cairns, Esq. | Rodney Square, 1000 North King Street |
| Paul, Weiss, Rifkind Wharton & Garrison LLP | Wilmington, Delaware 19801 |
| 1285 Avenue of the Americas | Telephone: (302) 571-6600 |
| New York, New York 10019-6064 | Facsimile: (302) 571-1253 |
| Telephone: (212) 373-3000 | CM/ECF Noticing: bankfilings@ycst.com |
| Facsimile: (212) 757-3990 | Email: pmorgan@ycst.com |
| Email: akornberg@paulweiss.com |       mkandestin@ycst.com |
|       bhermann@paulweiss.com | |
|       cgoodall@paulweiss.com | |
|       kcairns@paulweiss.com | |

      **PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request or other pleading in the Chapter 15 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtors, or property of the Debtors, or Ad Hoc Committee of 9.50% Senior Secured Noteholders.

01:17940825.2

01:16781860.1

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearances, pleadings, proofs of claim, claims or suits filed in the Chapter 15 Cases shall be deemed or construed as a waiver of any rights of the Ad Hoc Committee of 9.50% Senior Secured Noteholders to (i) have final orders in any non-core matters entered only after de novo review by a District Judge, (ii) trial by jury in any proceeding so triable in the Chapter 15 Cases or any case, controversy, or proceeding related to the Chapter 15 Cases, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which the Ad Hoc Committee of 9.50% Senior Secured Noteholders, are or may be entitled, either in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 9, 2015
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Maris J. Kandestin*
Pauline K. Morgan  (No. 3650)
Maris J. Kandestin (No. 5294)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Alan W. Kornberg, Esq.
Brian S. Hermann, Esq.
Catherine L. Goodall, Esq.
Kellie A. Cairns, Esq.
Paul, Weiss, Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Ad Hoc Committee of 9.50% Senior Secured Noteholders*