**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x

| | | |
|---|---|---|
| *In re:* | : | **Chapter 15** |
| | : | |
| **ESSAR STEEL ALGOMA INC.,** *et al.* | : | **Case No. 15– 12271 (BLS)** |
| | : | |
| **Debtors in a foreign proceeding.** | : | **(Joint Administration Requested)** |
| | : | |

---------------------------------------------------------- x

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* <br> PURSUANT TO DEL. BANKR. L.R. 9010-1

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, counsel moves for the admission *pro hac vice* of Ray C. Schrock, P.C. of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 to represent the above-captioned debtors and debtors-in-possession in the above-captioned cases.

Dated:  November 10, 2015            Respectfully submitted,
           Wilmington, Delaware

/s/ Mark D. Collins
Mark D. Collins (No. 2981)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Email:        collins@rlf.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases.  I also certify that I am generally familiar with the Local Rules and with the *Revised Standing Order for District Fund*, effective March 25, 2014.  I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court for the District Court upon the filing of this motion.

/s/ Ray C. Schrock,P.C.
Ray C. Schrock, P.C.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: ray.schrock@weil.com