IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
|                                                  |   |                           |
| In re:                                           | : | Chapter 15                |
|                                                  | : |                           |
| ESSAR STEEL ALGOMA INC., *et al.*,[1]            | : | Case No. 15-12271 (BLS)   |
|                                                  | : |                           |
|                                                  | : | (Jointly Administered)    |
| Debtors in a foreign proceeding.                 | : |                           |
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Ian Stern, depose and say that I am an employee of Prime Clerk LLC ("***Prime Clerk***").

On February 18, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of Agenda of Matters Scheduled for Hearing on February 22, 2016 at 10:00 A.M. (EST) [Docket No. 174]

Dated: February 23, 2016

/s/ Ian Stern
Ian Stern

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 23, 2016, by Ian Stern, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, 2017

---

[1] The Debtors in the foreign proceeding and the last four digits of each Debtor's United States Tax Identification Number, Canadian Business Number, or Provincial Corporation Number, or Netherlands Chamber of Commerce Number as applicable, are as follows: Essar Steel Algoma Inc. (0642), Essar Steel Algoma Inc. USA (8788), Essar Steel Algoma (Alberta) ULC (6883), Essar Tech Algoma Inc. (8811), Cannelton Iron Ore Company (9965), and Algoma Holdings B.V. (1679). The Debtors' principal offices are located at 105 West Street, Sault Ste. Marie, Ontario P6A 7B4, Canada.

SRF 6523

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Corporation for the City of Sault St. Marie | Aird & Berlis LLP | Attn: Steven L. Graff, Ian Aversa, Jeremy Nemers<br>Suite 1800<br>181 Bay Street<br>Toronto ON M5J 2T9 Canada | 416-863-1515 | sgraff@airdberlis.com<br>iaversa@airdberlis.com<br>jnemers@airdberlis.com | Email and Fax |
| Counsel to AGF-DMC Inc. | Azevedo & Nelson | Attn: William Ribeiro<br>892 College Street<br>Toronto ON M6H 1A4 Canada | 416-533-3114 | wribeiro@azevedonelson.com | Email and Fax |
| Counsel to Avenue Capital Group | Bennett Jones LLP | Attn: Mark Rasile & Simon Grant<br>100 King Street West<br>Suite 3400<br>Toronto ON M5X 1A4 Canada | 416-863-1716 | rasiler@bennettjones.com<br>grants@bennettjones.com | Email and Fax |
| Counsel to Marco Industries Limited & Independent Electricity System Operator | Blake, Cassels & Graydon LLP | Attn: Chris Burr, Linc Rogers & Aryo Shalviri<br>Barristers and Solicitors<br>Commerce Court West, 199 Bay Street, Suite 4000<br>Toronto ON M5L 1A9 Canada | 416-863-2653 | chris.burr@blakes.com<br>aryo.shalviri@blakes.com<br>linc.rogers@blackes.com | Email and Fax |
| Counsel to GIP Primus LP | Blake, Cassels & Graydon LLP | Attn: Steven J. Weisz<br>Counsel to GIP Primus LP<br>Commerce Court West, 199 Bay Street, Suite 4000<br>Toronto ON M5L 1A9 Canada | 416-863-2653 | steven.weisz@blakes.com | Email and Fax |
| Counsel to United Steelworkers Union Local 2251 | Blaney McMurtry LLP | Attn: Lou Brzezinski, Lea Nebel & Alexandra Teodorescu<br>2 Queen Street East<br>Suite 1500<br>Toronto  ON M5C 3G5 Canada | 416-594-5084<br>416-593-2969<br>416-593-5437 | lbrzezinski@blaney.com<br>lnebel@blaney.com<br>ateodorescu@blaney.com | Email and Overnight Mail |
| Counsel to the 14% Junior Secured PIK Noteholders | Blank Rome LLP | Attn: Stanley B. Tarr<br>1201 Market Street<br>Suite 800<br>Wilmington DE 19801 | 302-428-5104 | Tarr@BlankRome.com | Email and Fax |
| Security Trustee for ICICI Bank Canada | BNY TRUST COMPANY OF CANADA | Attn: General Counsel<br>320 Bay Street<br>11th Floor<br>Toronto ON M5H 4A6 Canada | 416-360-1711 | | Fax |
| Counsel to Oracle America, Inc. (successor-in-interest to Oracle USA, Inc.) | Buchalter Nemer P.C. | Attn: Shawn M. Christianson, Esq.<br>55 Second Street<br>17th Floor<br>San Francisco CA 94105-3493 | 415-227-0770 | schristianson@buchalter.com | Email and Fax |
| Counsel to the ad hoc group of noteholders of the 14% Junior Secured PIK Notes | Cassels Brock & Blackwell LLP | Attn: Ryan C. Jacobs, Jane Dietrich, Shayne Kukulowicz<br>(Counsel to the ad hoc group of noteholders of the 14% Junior Secured PIK Notes)<br>2100 Scotia Plaza, 40 King Street West<br>Toronto ON M5H 3C2 Canada | | rjacobs@casselsbrock.com<br>jdietrich@casselsbrock.com<br>skukulowicz@casselsbrock.com | Email and Overnight Mail |
| Proposed Chief Restructuring Advisor to Essar Steel Algoma Inc. | CDG Group LLC | Attn: John Strek, Sr. Managing Director<br>650 Fifth Avenue<br>20th Floor<br>New York NY 10019 US | 212-813-0580 | jstrek@cdggroup.com | Email and Fax |
| Counsel to Ontario Ministry of Environment and Climate Change and the Ministry of Northern Development and Mines | CROWN LAW OFFICE - CIVIL | Attn: Ron Carr, Christopher A. Wayland<br>720 Bay Street, 8th Floor<br>Toronto ON M7A 2S9 Canada | 416 326-4181 | Christopher.Wayland@ontario.ca | Email and Fax |
| Counsel to certain Prepetition Term Loan Lenders | Davis Polk & Wardwell, LLP | Attn: Damian Schaible, Esq., Chris Robertson<br>(Counsel to certain Prepetition Term Loan Lenders)<br>450 Lexington Avenue<br>New York NY 10017 | 212-701-5800 | essar.ch.15.routing@davispolk.com<br>damian.schaible@davispolk.com<br>christopher.robertson@davispolk.com | Email and Fax |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover  DE 19903 | 302-739-5831 | dosdoc_Ftax@state.de.us | Email and Fax |
| Term Loan Agent and DIP Agent | DEUTSCHE BANK AG (CANADA BRANCH) | Attn: General Counsel<br>199 Bay Street, Suite 4700<br>Commerce Court West<br>Toronto ON M5L 1E9 Canada | 416-682-8383 | | Fax |
| Term Loan Agent and DIP Agent | DEUTSCHE BANK AG (NEW YORK BRANCH) | Attn: General Counsel<br>60 Wall Street<br>New York NY 10005 | 904-425-9523 | GIPAgency@list.db.com | Email and Fax |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Magna Structural Systems Inc. d/b/a Formet Industries | Dickinson Wright PLLC | Attn: James A. Plemmons, Esq. & Dawn R. Copley, Esq.<br>500 Woodward Avenue<br>Suite 4000<br>Detroit MI 48226-3425 | 313-223-3598 | jplemmons@dickinsonwright.com<br>dcopley@dickinsonwright.com | Email and Fax |
| Monitor | ERNST & YOUNG INC. | Attn: Brian M. Denega, Tom Ayres, Allen Yao, Philip Kan<br>EY Tower<br>222 Bay Street, P.O. Box 143<br>Toronto ON M5K 1H1 Canada | 416-864-1174 | brian.denega@ca.ey.com<br>tom.c.ayres@ca.ey.com<br>allen.yao@ca.ey.com<br>philip.kan@ca.ey.com | Email and Fax |
| Party Appearing in CCAA Proceeding | ESSAR POWER CANADA LTD. | Attn: Vice-President, Operations<br>105 WEST STREET<br>Sault Ste. Marie ON P6A 7B4 Canada | 705-495-4086 | | Fax and Overnight Mail |
| Financial Advisor to the Foreign Representative | EVERCORE GROUP LLC | Attn: Bo Yi, Daniel Aronson<br>55 East 52nd Street<br>New York NY 10055 | 416-352-5897 | yi@evercore.com<br>daniel.aronson@evercore.com | Email and Fax |
| Counsel to Ram Iron & Metal Inc. | Fogler, Rubinoff LLP | Attn: Vern W. DaRe<br>77 King Street West, TD Centre<br>Suite 3000 North Tower<br>Toronto ON M5K 1G8 Canada | 416-941-8852 | vdare@foglers.com | Email and Fax |
| Counsel to Suncoke Energy | Foley & Lardner LLP | Attn: Michael J. Small<br>321 North Clark Street<br>Suite 2800<br>Chicago IL 60654-5313 | 312-832-4700 | msmall@foley.com | Email and Fax |
| Counsel to Deutsche Bank AG, New York Branch and Deutsche Bank AG, Canadian Branch & Term Lender Group | Fox Rothschild LLP | Attn: Jeffrey M. Schlerf, Esq., John H. Strock, Esq.<br>919 North Market Street<br>Suite 300<br>Wilmington DE 19801 | 302-656-8920 | jschlerf@foxrothschild.com<br>jstrock@foxrothschild.com | Email and Fax |
| Investor Under Port of Algoma Inc. Credit Agreement | GIP PRIMUS LP | Attn: Reiner Boehning<br>12 East 49th Street<br>New York NY 10017 | | reiner.boehning@global-infra.com | Email and Overnight Mail |
| Counsel to Lower Lakes Towing Limited | Goldman, Sloan, Nash & Haber LLP | Attn: Robert Drake<br>Barristers and Solicitors<br>Suite 1600, 480 University Avenue<br>Toronto ON M5G 1V2 Canada | 416-597-3370 | drake@gsnh.com | Email, Fax and Overnight Mail |
| Counsel to Lower Lakes Towing Limited | Goldman, Sloan, Nash & Haber LLP | Attn: Mario Forte<br>Barristers and Solicitors<br>Suite 1600, 480 University Avenue<br>Toronto ON M5G 1V2 Canada | 416-597-3370 | forte@gsnh.com | Email and Fax |
| Counsel to Ad Hoc Group Of Senior Noteholders | GOODMANS LLP | Attn: Robert Chadwick, Joe Latham<br>Bay Adelaide Centre<br>333 Bay Street, Suite 3400<br>Toronto ON M5H 2S7 Canada | 416-979-1234 | rchadwick@goodmans.ca<br>jlatham@goodmans.ca | Email and Fax |
| Counsel to Ernst & Young - Monitor | GOWLING LAFLEUR HENDERSON LLP | Attn: Derrick Tay, Clifton P. Prophet, Nicholas Kluge, Thomas Gertner<br>(Counsel to the Monitor)<br>100 King St West, Suite 1600<br>Toronto ON M5X 1G5 Canada | 416-863-3509 | derrick.tay@gowlings.com<br>clifton.prophet@gowlings.com<br>nicholas.kluge@gowlings.com<br>thomas.gertner@growlings.com | Email and Fax |
| Facility Agent for ICICI Bank Loan to Essar Power Canada LTD. | ICICI Bank Canada | Attn: Arup Ganguly<br>1200 - 150 Ferrand Drive<br>Toronto ON M3C 3E5 Canada | 416-422-5896 | | Fax |
| Counsel to Federal Economic Development Agency for Southern Ontario | Industry Canada Legal Services - Department of Justice | Attn: Beatrice Van Rutten, Mark Taggart<br>235 Queen Street<br>8th Floor East Tower<br>Ottawa ON K1A 0H5 Canada | 343-291-2518 | beatrice.vanrutten@canada.ca<br>mark.taggart@canada.ca | Email, Fax and Overnight Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | 855-235-6787 | | Fax |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 855-235-6787 | | Fax |
| Counsel for The Cleveland-Cliffs Iron Company, Northshore Mining Company, and Cliffs Mining Company | Jones Day | Attn: Robert S. Faxon, Carl E. Black & Kristin S.M. Morrison<br>901 Lakeside Avenue<br>Cleveland OH 44114 | 216-579-0212 | rfaxon@jonesday.com<br>ceblack@jonesday.com<br>kmorrison@jonesday.com | Email and Fax |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel for The Cleveland-Cliffs Iron Company, Northshore Mining Company, and Cliffs Mining Company | Jones Day | Attn: Pedro A. Jimenez<br>600 Brickell Avenue<br>Suite 3300<br>Miami FL 33131 | 305-714-9799 | pjimenez@jonesday.com | Email and Fax |
| Counsel to Sterling Crane, a Division of Procrane Inc. | Madorin, Snyder LLP | Attn: Edward J. Dreyer<br>55 King Street West, 6th Floor<br>P.O. Box 1234<br>Kitchener ON N2G 4G9 Canada | 519-741-8060 | edreyer@kw-law.com | Email and Fax |
| Counsel to Cleveland Cliffs Iron Company, Cliffs Mining Company and Northshore Mining Company | Mc Millan LLP | Attn: Jeffrey Levine<br>Brookfield Place<br>181 Bay Street, Suite 4400<br>Toronto ON M5J 2T2 Canada | 416-865-7048 | jeffrey.levine@mcmillan.ca | Email and Fax |
| Counsel to Cleveland Cliffs Iron Company, Cliffs Mining Company and Northshore Mining Company | Mc Millan LLP | Attn: Andrew Kent<br>Brookfield Place<br>181 Bay Street, Suite 4400<br>Toronto ON M5J 2T2 Canada | 647-722-6715 | andrew.kent@mcmillan.ca | Email, Fax and Overnight Mail |
| Counsel to First Insurance Funding of Canada Inc. | McLean Kerr LLP | Attn: Gustavo F. Camelino<br>130 Adelaide Street West<br>Suite 2800<br>Toronto ON M5H 3P5 Canada | 416-366-8571 | gcamelino@mcleankerr.com | Email and Fax |
| Counsel to Survalent Technology Corporation | McLean Kerr LLP | Attn: S. Michael Citak<br>130 Adelaide St. West<br>Suite 2800<br>Toronto ON M5H 3P5 Canada | 416-366-8571 | mcitak@mcleankerr.com | Email and Fax |
| Counsel to Essar Global Fund Limited | Milbank, Tweed, Hadley & McCloy LLP | Attn: Gerard Uzzi, Esq.<br>(Counsel to Essar Global Fund Limited)<br>28 Liberty Street<br>New York NY 10005 | | guzzi@milbank.com | Email and Overnight Mail |
| Counsel to Affival S.A.S., First Union Rail Corp., Helm - Leasing and CIT Financial (Alberta) ULC | Miller Thomson LLP | Attn: Jeffrey C. Carhart<br>Scotia Plaza 40 King Street West, Suite 5800<br>P.O. Box 1011<br>Toronto ON M5H 3S1 Canada | 416-595-8695 | jcarhart@millerthomson.com | Email and Fax |
| Party Appearing in CCAA Proceeding | MINISTRY OF THE ENVIRONMENT AND CLIMATE CHANGE (ONTARIO) | Attn: Justin Jacob<br>Legal Services Branch<br>135 St. Clair Ave. West, 10th Floor<br>Toronto ON M4V 1P5 Canada | 416-314-6579 | justin.jacob@ontario.ca | Email and Fax |
| Advisor to Sault Ste. Marie Construction Association | MNP Ltd | Attn: Sheldon Title<br>111 Richmond Street West<br>Suite 300<br>Toronto ON M5H 2G4 Canada | 416-323-5240 | sheldon.title@mnp.ca | Email and Fax |
| Counsel for The Cleveland-Cliffs Iron Company, Northshore Mining Company, and Cliffs Mining Company | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C. Abbott & Tamara K. Minott<br>1201 N. Market St.<br>16th Floor P.O. Box 1347<br>Wilmington DE 19899-1347 | 302-658-3989 | dabbott@mnat.com<br>tminott@mnat.com | Email and Fax |
| Counsel to the Board of Directors of Algoma | Norton Rose Fulbright LLP | Attn: Tony Reyes<br>200 Bay Street, Suite 3800<br>Toronto ON M5J 2Z4 Canada | 416-863-3509 | tony.reyes@nortonrosefulbright.com | Email and Fax |
| US Trustee | Office of the United States Trustee | Attn: Tim Fox<br>844 King Street, Suite 2207<br>Wilmington DE 19801 | 302-573-6497 | Timothy.Fox@usdoj.gov | Email and Fax |
| Counsel for the ABL Agent, Deutsche Bank AG (Canada Branch) | OSLER, HOSKIN & HARCOURT LLP | Attn: John MacDonald, Marc Wasserman, Kevin J. Morley, Andrea Lockhart, Michael De Lellis<br>(Counsel to the ABL Agent, Deutsche Bank AG (Canada Branch))<br>100 King Street West, 1 First Canadian Place<br>Toronto  ON M5X 1B8 Canada | 416-862-6666 | jmacdonald@osler.com<br>mwasserman@osler.com<br>kmorley@osler.com<br>alockhart@osler.com<br>mdelellis@osler.com | Email and Fax |
| Counsel to the Court Appointed Monitor | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Debra I. Grassgreen, Jason H. Rosell<br>780 Third Avenue<br>34th Floor<br>New York NY 10017 | 212-561-7777 | rfeinstein@pszjlaw.com<br>dgrassgreen@pszjlaw.com<br>jrosell@pszjlaw.com | Email and Fax |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to the Court Appointed Monitor | Pachulski Stang Ziehl & Jones LLP | Attn: Joseph M. Mulvihill<br>919 North Market Street<br>17th Floor<br>Wilmington DE 19801 | 302-652-4400 | jmulvihill@pszjlaw.com | Email and Fax |
| Lawyers for USW | PALIARE ROLAND ROSENBERG ROTHSTIEN LLP | Attn: Ken Rosenberg, Lily Harmer, Massimo (Max) Starnino<br>115 Wellington Street West<br>35th Floor<br>Toronto ON M5V 3H1 Canada | 416-646-4301 | ken.rosenberg@paliareroland.com<br>lily.harmer@paliareroland.com<br>max.starnino@paliareroland.com<br>michelle.jackson@paliareroland.com | Email and Fax |
| Counsel to the ad hoc group of noteholders of the 9.5% Senior Secured Notes | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Esq., Brian Hermann, Esq. and Catherine Goodall, Esq. & Kellie A. Cairns, Esq.<br>(Counsel to the ad hoc group of noteholders of the 9.5% Senior Secured Notes)<br>1285 Avenue of the Americas<br>New York NY 10017-6064 | 212-757-3990 | kcairns@paulweiss.com<br>akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>cgoodall@paulweiss.com | Email and Fax |
| Party Appearing in CCAA Proceeding | Port of Algoma Inc. | Attn: Chief Executive Officer<br>Gate 19, Admin Building<br>105 West Street<br>Sault Ste. Marie ON P6A 7B4 Canada | | | Overnight Mail |
| Party Appearing in CCAA Proceeding | Port of Algoma Inc. | Attn: Sushil Baid c/o Reshma Seenuth<br>Gate 19, Admin Building<br>105 West Street<br>Sault Ste. Marie ON P6A 7B4 Canada | | | Overnight Mail |
| Counsel to Wilmington Trust, National Association, as trustee and collateral agent for the 9.5% Senior Secured Notes and 14% Junior Secured PIK Notes | Reed Smith LLP | Attn: Kirt F. Gwynne, Esq.<br>1201 Market Street<br>Suite 1500<br>Wilmington DE 19801 | 302-778-7575 | kgwynne@reedsmith.com | Email and Fax |
| Counsel to Foreign Representative | Richards, Layton & Finger, PA | Attn: Mark D. Collins, Daniel J. DeFranceschi, Amanda R. Steele<br>One Rodney Square, 920 North King Street<br>Wilmington DE 19801 | 302-651-7701 | collins@rlf.com<br>defranceschi@rlf.com<br>steele@rlf.com | Email and Fax |
| Sault Ste. Marie Construction Association | Sault Ste. Marie Construction Association | Attn: Adam Pinder<br>117 White Oak Drive East<br>Sault Ste Marie ON P6B 4J7 Canada | 705-759-6783 | adam@ssmca.com | Email and Fax |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F St NE<br>Washington DC 20549 | | secbankruptcy@sec.gov | Email and Overnight Mail |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street Ste 400<br>New York NY 10281-1022 | | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | Email and Overnight Mail |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd Ste 520<br>Philadelphia PA 19103 | | secbankruptcy@sec.gov | Email and Overnight Mail |
| Counsel to Foreign Representative | STIKEMAN ELLIOTT LLP | Attn: Ashley John Taylor, Patrick J. Corney<br>5300 Commerce Court West<br>199 Bay Street<br>Toronto ON M5L 1B9 Canada | 416-947-0866 | ataylor@stikeman.com<br>ykatirai@stikeman.com<br>pcorney@stikeman.com | Email and Fax |
| Counsel to Algoma Tubes, Inc. c.o.b. Tenaris Algoma Tubes | Tenaris Canada | Attn: Fiana Bakshan - Corporate Counsel<br>400, 530-8th Ave SW<br>Calgary AB T2P 3S8 Canada | 403-290-0619 | fbakshan@tenaris.com | Email, Fax and Overnight Mail |
| Special Litigation Counsel to the Foreign Representative | Thompson Hine LLP | Attn: Kip T. Bollin<br>3900 Key Center<br>127 Public Square<br>Cleveland OH 44114-1291 | 216-566-5800 | Kip.Bollin@ThompsonHine.com | Email and Fax |
| Counsel to United States Steel Corporation | Thornton Grout Finnigan LLP | Attn: Robert I. Thornton & Michael S. Shakra<br>100 Wellington St. West Suite 3200<br>TD West Tower, Toronto- Dominion Centre<br>Toronto ON M5K 1K7 Canada | 416-304-1313 | rthornton@tgf.ca<br>mshakra@tgf.ca | Email and Fax |
| Counsel to Essar Capital Americas Limited and Essar Capital Mauritius Limited | TORYS LLP | Attn: Adam E. Delean, Tony DeMarinis, David Bish<br>Lawyers for Port of Algoma Inc.<br>79 Wellington Street West, Suite 3000, Box 270, TD Centre<br>Toronto ON M5K 1N2 Canada | 416-865-7380 | adelean@torys.com<br>tdemarinis@torys.com<br>dbish@torys.com | Email and Fax |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Interested Party | Triple M Metal LP | Attn: M. Barichello<br>471 Intermodal Drive<br>Brampton ON L6T 5G4 Canada | 905-793-7285 | mbarichello@triplemmetal.com | Email and Fax |
| Representative Counsel to The Retirees | URSEL PHILLIPS FELLOWS HOPKINSON LLP | Attn: Susan Ursel<br>555 RICHMOND ST., W., SUITE 1200<br>TORONTO ON M5V 3B1 Canada | 416-968-0325 | sursel@upfhlaw.ca | Email and Fax |
| Counsel for First Union Rail Corp. and Helm - Leasing and CIT Financial (Alberta) ULC | Vedder Price P.C. | Attn: Michael L. Schein<br>1633 Broadway<br>47th Floor<br>New York NY 10019 | 212-407-7799 | mschein@vedderprice.com | Email and Fax |
| Counsel to Foreign Representative | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Matthew S. Barr, Kelly DiBlasi<br>767 Fifth Avenue<br>New York NY 10153 | 212-310-8007 | ray.schrock@weil.com<br>matt.barr@weil.com<br>kelly.diblasi@weil.com | Email and Fax |
| Counsel to Deutsche Bank AG, New York Branch and Deutsche Bank AG, Canadian Branch | White & Case LLP | Attn: Scott Greissman & Andrew Ambruoso<br>(Counsel to Deutsche Bank AG, New York Branch and Deutsche Bank AG, Canadian Branch)<br>1155 Avenue of the Americas<br>New York NY 10036-2787 | 212-354-8113 | sgreissman@whitecase.com<br>Andrew.Ambruoso@whitecase.com | Email and Fax |
| Counsel to Wilmington Trust, National Association, as trustee and collateral agent for the 9.5% Senior Secured Notes and 14% Junior Secured PIK Notes | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Andrew Goldman<br>7 World Trade Center<br>250 Greenwich Street<br>New York NY 10007 | 212-230-8888 | andrew.goldman@wilmerhale.com | Email and Fax |
| Counsel to Wilmington Trust, National Association, as trustee and collateral agent for the 9.5% Senior Secured Notes and 14% Junior Secured PIK Notes | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Benjamin Loveland, Esq.<br>60 State Street<br>Boston MA 02109 | 617-526-5000 | benjamin.loveland@wilmerhale.com | Email and Fax |
| Trustee and collateral agent for the 9.5% Senior Secured Notes & Trustee and collateral agent for the 14% Junior Secured PIK Notes | Wilmington Trust, National Association | Attn: Essar Steel Algoma Senior Notes Administrator<br>246 Goose Lane, Suite 105<br>Guilford CT 06437 | 203-453-1183 | jodonnell@wilmingtontrust.com | Email and Fax |
| Counsel to Magna Structural Systems Inc. d/b/a Formet Industries | Womble Carlyle Sandridge & Rice, LLP | Attn: Matthew P. Ward<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington DE 19801 | 302-252-4330 | MaWard@wcsr.com | Email and Fax |
| Counsel to the ad hoc group of noteholders of the 9.5% Senior Secured Notes | Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan, Esq. and Maris J. Kandestin, Esq.<br>(Counsel to the ad hoc group of noteholders of the 9.5% Senior Secured Notes)<br>Rodney Square, 1000 North King Street<br>Wilmington DE 19801 | 302-571-1256 | pmorgan@ycst.com<br>mkandestin@ycst.com<br>bankfilings@ycst.com | Email, Fax and Overnight Mail |